

## ON MOTION

### ORDER

Upon consideration of Hyundai Motor America, Hyundai Motor Manufacturing Alabama LLC, and Kia Motors America, Inc.'s, and Affinity Labs of Texas, LLC's "Joint Stipulation of Voluntary Dismissal," which the court treats as a motion to voluntary dismiss the appeals from case no. 08–CV–00164 (E.D.Tex),*

IT IS ORDERED THAT:

(1) The motion is granted.

(2) Each side shall bear its own costs in 2011–1350, –1386.

(3) The revised official caption is reflected above in case no. 2011–1365.

### ORDER

The parties having so agreed, it is

ORDERED that the proceeding is DISMISSED under Fed. R.App. P. 42(b).

**FIBER SYSTEMS INTERNATIONAL, INC., Plaintiff–Appellant,**

v.

**APPLIED OPTICAL SYSTEMS, INC., Defendant–Cross Appellant.**

**Nos. 2011–1632, 2012–1021.**

United States Court of Appeals, Federal Circuit.

Jan. 10, 2012.

Brian Anthony Colao, Dykema Gossett PLLC, Dallas, TX, for Plaintiff–Appellant.

James Robert Arnett II, Carter Stafford Arnett Hamanda, Dallas, TX, for Defendant–Cross Appellant.

**Anthony P. SCHMIDT, Jr., Plaintiff–Appellant,**

v.

**VERSACOMP, INC. (doing Business as TNT Lift Systems), and Richard Ulrich, Defendants–Cross Appellants.**

**Nos. 2011–1295, 2011–1341.**

United States Court of Appeals, Federal Circuit.

Jan. 12, 2012.

Before NEWMAN, LINN, and REYNA, Circuit Judges.

### ON MOTION

### ORDER

PER CURIAM.

Versacomp, Inc. and Richard Ulrich (Versacomp) move without opposition for the second time to dismiss Anthony P.

---

* This voluntary dismissal relates only to case numbers 2011–1350 and 2011–1386, and has no effect on pending appeal number 2011–1365.